**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

DEBORAH MADDING

    Plaintiff,

v.                                                CASE NO.: 2:17-cv-00589-SPC-CM

CREDIT PROTECTION ASSOCIATION

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

**PLAINTIFF,** DEBORAH MADDING, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, DEBORAH MADDING, and Defendant, CREDIT PROTECTION ASSOCIATION, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on this 29th day of January, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                                              Respectfully submitted,

                                              */s/Heather H. Jones*
                                              Heather H. Jones, Esq.
                                              Florida Bar No. 0118974
                                              William "Billy" Peerce Howard, Esq.
                                              Florida Bar No. 0103330
                                              THE CONSUMER PROTECTION FIRM, PLLC
                                              4030 Henderson Blvd.
                                              Tampa, FL 33629
                                              Telephone: (813) 500-1500, ext. 205
                                              Facsimile: (813) 435-2369
                                              Heather@TheConsumerProtectionFirm.com
                                              Billy@TheConsumerProtectionFirm.com